UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **DONNA DANIELS,** | ) | **CASE NO: 3:06-CV-0296 (JCH)** |
| Plaintiff, | ) | |
| | ) | |
| **V.** | ) | |
| | ) | |
| **GLOBAL VANTEDGE, INC.,** | ) | |
| Defendant | ) | MAY 4, 2006 |
| | ) | |

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P 41(a)(1)(i), the plaintiff, Donna Daniels, through her attorney, Sarah Poriss, hereby serves the following notice of dismissal with prejudice and without costs in the above-entitled action.

**PLAINTIFF,** Donna Daniels

By:  /s/ Sarah Poriss
Sarah Poriss, ct24372
Consumer Law Group, LLC
35 Cold Spring Road, Suite 512
Rocky Hill, Connecticut 060677
Tel (860) 571-0408  Fax (860) 571-7457

**CERTIFICATION**

  I hereby certify that on this 4th day of May, 2006, a copy of foregoing Notice of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Noel M. Caughman
Archer Norris
2033 North Main Street, Suite 800
P.O. Box 8035
Walnut Creek, CA 94596-3728

Global Vantedge, Inc.
700 Larkspur Landing Circle, Suite 235
Larkspur, CA  94939

           _/s/ Sarah Poriss_____
           Sarah Poriss